| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  P & L Gas Dispensers, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names
   
   fdba P & L Maintenance & Services; dba Omega Gas Dispensers; dba Texas Stage II Testing, LLC

3. **Debtor's federal Employer Identification Number (EIN)**   2 7 – 1 8 2 3 3 9 0

4. **Debtor's address**

   **Principal place of business**
   
   **2210 Pech Rd**
   Number  Street
   
   _____
   
   **Houston**            **TX**   **77055**
   City                   State   ZIP Code
   
   **Harris**
   County

   **Mailing address, if different from principal place of business**
   
   **2210 Pech Rd**
   Number  Street
   
   _____
   P.O. Box
   
   **Houston**            **TX**   **77055**
   City                   State   ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   _____
   Number  Street
   
   _____
   
   _____
   City                   State   ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **P & L Gas Dispensers, LLC** _____  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11.  Check all that apply:
    - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY
          District _____ When _____ Case number _____
                                    MM / DD / YYYY
          District _____ When _____ Case number _____
                                    MM / DD / YYYY

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor **P & L Gas Dispensers, LLC** _____    Case number (if known) _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes.   Debtor _____   Relationship _____
             District _____   When _____
             Case number, if known _____        MM / DD / YYYY

             Debtor _____   Relationship _____
             District _____   When _____
             Case number, if known _____        MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**   *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**   _____
                                   Number   Street
                                _____

                                _____  _____  _____
                                City                      State    ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

| | **Statistical and adminstrative information** |

13. **Debtor's estimation of available funds**

    *Check one:*

    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **P & L Gas Dispensers, LLC**     Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 | |
| **15.** | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |
| **16.** | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |

### Part X: Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/05/2016**
MM / DD / YYYY

X **/s/ Pedro G. Navarro**                **Pedro G. Navarro**
Signature of authorized representative of debtor     Printed name

Title **Maanager**

**18. Signature of attorney**

X **/s/ James Patrick Brady**      Date **01/05/2016**
Signature of Attorney for Debtor          MM / DD / YYYY

**James Patrick Brady**
Printed name

**James Patrick Brady**
Firm Name

**450 N. Texas Ave. Suite A**
Number     Street

**Webster**          **TX**     **77598**
City            State    ZIP Code

Contact phone **(281) 484-9300**     Email address **mail@jpatbradylaw.com**

**02847400**          **TX**
Bar number          State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **P & L Gas Dispensers, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | IRS<br>PO Box 37941<br>Hartford, CT 06176 | | Taxes | | | | $101,877.80 |
| 2 | First Global Capital<br>1250 E. Hallandale Beach Blvd., Ste. 40<br>Hallandale Beach, FL 33009 | | Loan | | | | $63,930.00 |
| 3 | Global Fuels, LTD<br>12603 Southwest Frwy<br>Stafford, TX 77477 | | Services | | | | $58,151.90 |
| 4 | GE Capital<br>PO Box 536447<br>Atlanta, GA 30353 | | Loan | | | | $32,810.80 |
| 5 | GE Capital<br>PO Box 536447<br>Atlanta, GA 30353 | | Loan | | | | $23,268.60 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor   **P & L Gas Dispensers, LLC**                              Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Sohil Momin<br>Prelude Real Estate, LLC<br>2201 Real Catorce Dr.<br>Austin, TX  78746 | | Services | | | | $18,249.00 |
| 7 | Hunter & Kelsey<br>3432 Greystone Dr.,<br>Suite 100<br>Austin, TX  78731 | | Property taxes | | | | $12,345.36 |
| 8 | Petroleum Solutions, Inc.<br>PO Box 2346<br>McAllen, TX  78502 | | Loan | | | | $11,827.58 |
| 9 | Progressive Co., Mutual<br>24344 Network Place<br>Chicago, IL  60673 | | Credit Card | | | | $8,858.06 |
| 10 | Cat Financial Services<br>PO Box 730681<br>Dallas, TX  75373-0681 | | Credit Card | | | | $8,222.91 |
| 11 | Spring Branch ISD Tax Office<br>PO Box 19037<br>Houston, TX  77224 | | Taxes | | | | $6,606.29 |
| 12 | Mike Sullivan Tax Assessor Collector<br>PO Box 4622<br>Houston, TX  77210 | | Taxes | | | | $6,606.29 |
| 13 | The Burlington Ins., Co.<br>PO Box 3100<br>Naperville, IL  60563 | | Credit Card | | | | $5,954.69 |

Debtor   **P & L Gas Dispensers, LLC**                           Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Wells Fargo Bank PO Box 55126 Boston, MA 02205-5126 | | Credit Card | | | | $3,242.85 |
| 15 | Spring Branch ISD Tax Office 8880 Westview Dr. Houston, TX 77224 | | Taxes | | | | $2,067.05 |
| 16 | Mustang Rental Service PO Box 4346, Dept. 188 Houston, TX 77210 | | Services | | | | $1,692.74 |
| 17 | Synter Resource Group, LLC PO Box 63247 North Charleston, SC 29419-3247 | | Services | | | | $1,313.87 |
| 18 | TLC Office Systems 8711 Fallbrook Dr Houston, TX 77064 | | Equipment | | | | $881.57 |
| 19 | Spring Branch ISD Tax Office 8880 Westview Drive Houston, TX 77224 | | Taxes | | | | $809.05 |
| 20 | Mike Sullivan Tax Assessor Collector PO Box 4622 Houston, TX 77210 | | Taxes | | | | $717.40 |